IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| METRONEC PROPERTIES, LTD., | § | |
| JEFF KYLE MATHEWS, M.D., and, | § | |
| JEFF KYLE MATHEWS, M.D., P.A. | § | |
| d/b/a PLANO OB/GYN ASSOCIATES, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | Civil Action No. 4:11-cv-00278-RAS |
| | § | |
| CHARLES KEITH GRISHAM, M.D., | § | |
| and C. KEITH GRISHAM, M.D., P.A. | § | |
| | § | |
| Defendants. | § | |

## AGREED FINAL JUDGMENT

Plaintiffs, Metronec Properties, Ltd., Jeff Kyle Mathews, M.D., and Jeff Kyle Mathews, M.D. P.A. d/b/a Plano Ob/Gyn Associates, and Defendants, Charles Keith Grisham, M.D. and C. Keith Grisham, M.D., P.A., jointly submit this Agreed Final Judgment.

The parties have stipulated and agreed to the following terms:

1. Dr. Grisham shall have the right to continue using "Northwest Plano Ob/Gyn" and the "NorthwestPlanoObgyn.com" domain name in connection with his medical practice.

2. Dr. Mathews shall have the right to continue using "Plano Ob/Gyn Associates" in connection with his medical practice.

3. Dr. Grisham shall pay the sum of $13,748.29 to Dr. Mathews within ten days of the entry of this Judgment.

4. A permanent injunction preventing Dr. Grisham and his practice from using pictures of Dr. Mathew's office and furniture and other property for his website and marketing materials.

5. A permanent mutual injunction prohibiting disparagement by either party to patients, colleagues and other third parties.

6. Dr. Grisham shall allow a representative of Vitera (formerly Sage), Emdeon, or EMR Intergy to remove from his computer system any HIPAA protected

information of Dr. Mathews' patients within thirty (30) days from the dismissal of this lawsuit with prejudice. Dr. Mathews would pay the cost of such removal.

7. Dr. Grisham shall confirm, in writing within ten days after entry of this Judgment, that he does not have the hard drive from the urodynamics machine in question or, if he does have the hard drive from the urodynamics machine, that all Dr. Mathews' patient data has been removed therefrom.

8. Each party shall release any and all claims against the other parties.

9. The parties shall dismiss with prejudice all of their respective claims in this lawsuit.

**SIGNED this the 12th day of July, 2013.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE

AGREED:

*/s/ LeAnn Wainscott Diamond*
**LeAnn W. Diamond**
State Bar No. 17688700
**FRIEDMAN & FEIGER, L.L.P.**
5301 Spring Valley Road, Suite 200
Dallas, Texas 75254
(972) 788-1400 (Telephone)
ldiamond@fflawoffice.com
Attorney for Plaintiffs


*/s/ Mark W. Bayer*
**Mark W. Bayer**
State Bar No. 01939925
**GARDERE WYNNE SEWELL, L.L.P.**
1602 Elm Street, Suite 3000
Dallas, Texas 75201
(214) 999-1521 (Telephone)
mbayer@gardere.com
Attorney for Defendants